**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Thomas B. McNamara

| | |
|---|---|
| In re: | |
| | Bankruptcy Case No. 17-18112 TBM |
| W. RAFER LEACH | Chapter 11 |
| | |
| Debtor. | |

**ORDER TO SHOW CAUSE WHY APPOINTMENT OF**
**OMBUDSMAN IS NOT REQUIRED**

THIS MATTER comes before the Court *sua sponte*. The Debtor's petition filed in this case indicated that the Debtor's business is a health care business. Section 333(a)(1) of the Bankruptcy Code requires this Court, in cases filed under Chapters 7, 9 or 11, to appoint an ombudsman to monitor patient care not later than 30 days from the date of commencement of the case "unless the court finds that the appointment of such ombudsman is not necessary for the protection of patients under the specific facts of the case." This case was filed on August 30, 2017. Accordingly, the Court must order the appointment of a patient care ombudsman (unless not necessary) no later than September 29, 2017. Therefore, it is hereby

ORDERED that if the Debtor, United States Trustee (the "UST"), or other interested party contends that a patient care ombudsman is **NOT** required, then such party shall file a Motion **on or before September 12, 2017,** showing cause why the appointment of an ombudsman is not necessary for the protection of patients under the specific facts of this case, and shall serve such Motion on the UST, the Debtor and its counsel of record, any party who has filed an entry of appearance and request for notice in this case, and the 20 largest creditors. If no such Motion is filed, the Court shall order the appointment of a patient care ombudsman **on or before September 29, 2017**. If such a Motion is filed, the Court will set a hearing promptly.

DATED this 31st day of August, 2017.

BY THE COURT:

*Thomas B. McNamara*
Thomas B. McNamara
United States Bankruptcy Judge
